USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

WILLIAM NIEVES,

                Defendant.

18 Cr. 825 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    At the January 30, 2020 status conference, the Court directed the parties to submit a status letter by February 27, 2020. That submission is overdue. Accordingly, the parties shall submit their status letter by **April 3, 2020**.

    SO ORDERED.

Dated: March 23, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge