USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/15/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM NIEVES,

                Defendant.

18 Cr. 825 (AT)

21 Cr. 208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    As stated on the record today, June 15, 2021, Defendant is sentenced to time served with respect to Count One of the Superseding Information in docket number 18 Cr. 825, and one day of imprisonment with respect to Specification Five of the Supplemental Violation Report in 21 Cr. 208, to run consecutively.

    SO ORDERED.

Dated: June 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge