UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM NIEVES,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/12/2021___

18 Cr. 825 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Government has requested that the superseding information be unsealed. Defendant has consented to this application. Accordingly, the superseding information is unsealed. The Clerk of Court is directed to unseal the superseding information.

SO ORDERED.

Dated: July 12, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge