**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                       Government,

     -against-

WILLIAM NIEVES,
                      Defendant.
-------------------------------------------------------------X

18 CR. 825 (RMB)
21 CR. 208 (RMB)

**ORDER**

       The Court hereby schedules a supervised release hearing in the above captioned cases for Thursday, August 11, 2022 at 9:00 AM.

       In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 1054

Dated: June 23, 2022
       New York, NY

                                                  RICHARD M. BERMAN
                                                 U.S.D.J.